IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF MICHIGAN – GRAND RAPIDS

In Re: PATRICIA BROWN,
          Debtor,                    Chapter 7 No: 11-05246

                                          JUDGE   Jeffrey R Hughes

_____/

## MOTION TO CHANGE VENUE

NOW COMES Patricia Brown, Debtor herein, by and through her attorney, Curtis L. Zaleski and states unto this Honorable Court as follows:

1.     That debtor filed a Chapter 7 petitions and schedules with the U.S. Bankruptcy Court, Western District, at Grand Rapids, Michigan on May 9, 2011.

2.     That the above matter should be moved to the United States Bankruptcy Court, Eastern District of Michigan, at Bay City for the reason that the debtor resides in Gratiot County, Michigan.

Dated: May 10, 2011                    /s/ Patricia Brown
                                                PATRICIA BROWN, Debtor

Dated: May 10, 2011                    /s/ Curtis L. Zaleski
                                                CURTIS L. ZALESKI (P53534)
                                                Attorney for Debtors